[No. 25156–2–I.   Division One.   July 8, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. CAROLINE
GONZALES, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 218477R01, John E. Rutter, Jr., J.,
entered November 17, 1989. *Affirmed* by unpublished per
curiam opinion.

[No. 25980–6–I.   Division One.   July 8, 1991.]

GEORGE D. LEWIS, *Appellant,* v. THE CITY
OF MERCER ISLAND, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 86–2–24078–1, Terrence A. Carroll, J., entered
March 21, 1990. *Affirmed* by unpublished opinion per For-
rest, J., concurred in by Webster, A.C.J., and Scholfield, J.
Now published in 63 Wn. App.

[No. 26221–1–I.   Division One.   July 8, 1991.]

SONG (JERRY) KIM, *Appellant,* v. HYSTER COMPANY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 86–2–06662–4, Arthur E. Piehler, J., entered
April 23, 1990. *Affirmed* by unpublished opinion per
Pekelis, J., concurred in by Webster, A.C.J., and Kennedy,
J.

[No. 11007–9–III.   Division Three.   July 9, 1991.]

SPOKANE BUILDERS SUPPLY, INC., *Appellant,* v. WILLIAM
H. WOLFF, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 89–2–02324–0, William G. Luscher, J.,
entered July 12, 1990. *Reversed* by unpublished opinion per
Munson, J., concurred in by Green, C.J., and Thompson, J.